1   Plaintiff's Counsel:
    Jayne Conroy
2   Hanly Conroy Bierstein Sheridan
        Fisher & Hayes LLP
3   112 Madison Avenue
    New York New York  10016-7416
4   (212) 784-6400
    (212) 284-6420 (fax)
5
    -and-
6
    SimmonsCooper LLC
7   707 Berkshire Blvd.
    East Alton, IL  62024
8   (618) 259-2222
    (212) 259-2251 (Fax)
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
    IN RE:  BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15  MARKETING SALES PRACTICES,
    AND PRODUCT LIABILITY                MDL NO. 1699
16  LITIGATION
                                         **STIPULATION AND ORDER OF DISMISSAL**
17  This Document Relates To:            **WITH PREJUDICE**

18  *Edna Cox, et. al., vs. Pfizer, Inc.,.*
    *MDL No. 07-1540:* Plaintiff Billy Wandick
19

20          Come now the Plaintiffs, Billy Wandick, and Defendant, Pfizer Inc., by and through the

21  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22

23

24

25

26

27

28

stipulate to the dismissal with prejudice of Plaintiffs, **Billy Wandick's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN**
  **SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York  10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: _____ March 11, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ March 30, 2009

By: _____
United States District Court

- 2 -                    STIPULATION OF DISMISSAL WITH PREJUDICE